In the Matter of Supplementary Proceedings: ROBERT KRAUSS FLOORING Co., INC., Judgment Creditor, Respondent, v. KASAL REALTY CORPORATION and ARNOLD ALBERT, Judgment Debtors, Appellants. (Appeal No. 1.) — Order adjudging judgment debtors in contempt and order denying motion to reopen hearing affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of Supplementary Proceedings: ROBERT KRAUSS FLOORING Co., INC., Judgment Creditor, Respondent, v. KASAL REALTY CORPORATION and ARNOLD ALBERT, Judgment Debtors, Appellants. (Appeal No. 2.) — Order denying motion to vacate and set aside order directing examination of judgment debtors affirmed, with ten dollars costs and disbursements; examination to proceed

* Revd., 258 N. Y. 505.

at the election of the judgment creditor on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.